# UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| BORIS C. MURPHY,<br><br>    Petitioner,<br><br>    v.<br><br>B.M. TATE,<br><br>    Respondent. | Case No. 1:22-cv-00124-EPG-HC<br><br>ORDER DENYING PETITIONER'S REQUEST FOR ENTRY OF DEFAULT<br><br>(ECF No. 9)<br><br>ORDER DIRECTING CLERK OF COURT TO SEND PETITIONER COPY OF MOTION TO DISMISS |

Petitioner Boris C. Murphy is a federal prisoner proceeding *pro se* with a petition for writ of habeas corpus pursuant to 28 U.S.C. § 2241.

On May 5, 2022, Respondent filed a motion to dismiss the petition. (ECF No. 8). On June 15, 2022, the Court received the instant request for entry of default. (ECF No. 9). However, Respondent filed a certificate of service with the Court certifying that on May 5, 2022, a copy of the motion to dismiss was served on Petitioner by mail. (ECF No. 8 at 7).[1] Accordingly, the Court finds that entry of default is not warranted.

Based on the foregoing, the Court HEREBY ORDERS that:

1. Petitioner's request for entry of default (ECF No. 9) is DENIED;
2. The Clerk of Court is DIRECTED to send Petitioner a copy of Respondent's motion to dismiss (ECF No. 8);

---

[1] Page numbers refer to the ECF page numbers stamped at the top of the page.

1

3. Within twenty-one (21) days of the date of service of this order, Petitioner SHALL FILE an opposition or statement of non-opposition to the motion to dismiss; and

4. Any reply to an opposition to the motion to dismiss shall be filed within fourteen (14) days after the opposition has been filed in CM/ECF.

IT IS SO ORDERED.

Dated:  **June 16, 2022**                          /s/ Erica P. Grosjean
                                                                      UNITED STATES MAGISTRATE JUDGE