## UNITED STATES DISTRICT COURT

## EASTERN DISTRICT OF CALIFORNIA

**JUDGMENT IN A CIVIL CASE**

**BORIS C. MURPHY,**

CASE NO: **1:22–CV–00124–ADA–EPG**

v.

**B. M. TATE,**

---

**Decision by the Court.** This action came before the Court. The issues have been tried, heard or decided by the judge as follows:

IT IS ORDERED AND ADJUDGED

**THAT JUDGMENT IS HEREBY ENTERED IN ACCORDANCE WITH THE COURT'S ORDER FILED ON 02/14/2023**

**Keith Holland**
Clerk of Court

ENTERED: **February 14, 2023**

by: /s/ C. Maldonado
Deputy Clerk